UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. CR15-095-MAT |
| v. | |
| REUBEN ALLEN REEVES, | DETENTION ORDER |
| Defendant. | |

<u>Offense charged</u>:   Violation of the Bald and Golden Eagle Protection Act

<u>Date of Detention Hearing</u>:   May 26, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant was initially summonsed to appear before this Court on the Information, but failed to appear. A bench warrant was issued, pursuant to which defendant was arrested. Defendant has a long history of failing to appear, and four prior arrests for DUI. Defendant reportedly has an appointment for an evaluation with the Healing Lodge, a 16 bed

DETENTION ORDER
PAGE - 1

facility on the Tulalip Reservation which assists with recovery and transition back into the community. Pretrial Services does not have prior experience with this facility and was not able to talk to defendant's Tulalip Tribal probation officer as of the time of the detention hearing. If Pretrial Services obtains additional information about the Healing Lodge and recommends it as an appropriate placement for defendant in lieu of detention, defense counsel may ask this Court to revisit the issue of detention.

2. At this time, the Court finds that defendant poses a risk of nonappearance due to a history of failing to appear, a lack of recent employment, current controlled substance use, possible mental health issues, and reported failure to comply with probation. He poses a risk of danger due to criminal record and controlled substance use.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community. It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services

DETENTION ORDER
PAGE - 2

Officer.

DATED this 26th day of May, 2015.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 3